*1800Mattress.com IP, LLC,* 586 F.3d 1359 (Fed.Cir.2009) (finding "MATTRESS.COM" generic in relation to online retail store services in the field of mattresses was supported by substantial evidence).

In the present case, as noted above, the Board found that the generic meaning of prasterone was not altered by the use of the generic terms ".org" or "company." Further, the Board relied on evidence showing that "prasterone" is frequently used with websites that provide general information about prasterone and its efficacy in medical use; the very use for which Health Science seeks registration. Health Science fails to show why any of these factual findings lack substantial evidentiary support. Indeed, these findings as well as the Board's ultimate conclusion that the marks are generic are supported by substantial evidence. Accordingly, we affirm.

**AFFIRMED**

John B. Wyss, Wiley Rein LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief were James H. Wallace, Jr., Mark A. Pacella, and Gregory R. Lyons.

Peter E. Root, Kaye Scholer LLP, of Palo Alto, CA, argued for defendants-appellees. With him on the brief were Michael J. Malecek, Sean M. Boyle, and Gary Ross Allen.

Before LOURIE, DYK, and O'MALLEY, Circuit Judges.

PER CURIAM.

We affirm the judgment of noninfringement in favor of Affymetrix, Inc. and Navigenics, Inc. We base our decision solely on our agreement with the district court's construction of the phrase "randomly primed PCR-derived RCG." We do not reach any other issues raised on appeal.

**AFFIRMED**

E8 PHARMACEUTICALS, LLC and
The Massachusetts Institute of Technology, Plaintiffs–Appellants,

v.

AFFYMETRIX, INC. and Navigenics,
Inc., Defendants–Appellees.

No. 2013–1046.

United States Court of Appeals,
Federal Circuit.

Nov. 6, 2013.

Randy L. PORTER, Sr., Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2013–7112.

United States Court of Appeals,
Federal Circuit.

Nov. 6, 2013.